AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of California

FILED

Nov 09 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States of America
v.
PATRICK EDWARD MOLTER,

*Defendant(s)*

Case No. 5:26-mj-71453 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 11, 2026 in the county of Santa Clara in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography<br><br>Penalties: Maximum imprisonment of 20 years; mandatory supervised release term of 5 years to life; maximum fine $250,000; mandatory special assessment of $5,100 ($100 special assessment under 18 U.S.C. § 3013 and $5,000 special assessment under 18 U.S.C. § 3014(a)); restitution and forfeiture |

This criminal complaint is based on these facts:

See the affidavit of FBI Special Agent Emma Thurmond, attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

/s/ Emma Thurmond w/permission by VKD
*Complainant's signature*

Emma Thurmond, FBI Special Agent
*Printed name and title*

Approved as to form Sarah E. Griswold
AUSA Sarah Griswold

Sworn to before me by telephone.

Date: November 6, 2026

Virginia K. DeMarchi
*Judge's signature*

City and state: San Jose, California

Virginia K. DeMarchi, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Emma Thurmond, a Special Agent with the Federal Bureau of Investigation, being duly sworn, state as follows:

## INTRODUCTION

1. This affidavit is presented in support of an application under Rules 3, 4, and 4.1 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant charging Patrick Edward MOLTER ("MOLTER") with a violation of 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## AFFIANT BACKGROUND

3. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since September 2022. I am currently assigned to the San Francisco Field Office's Violent Crimes Against Children squad and serve as a member of the San Francisco Bay Area Child Exploitation and Human Trafficking Task Force, which includes the Silicon Valley Internet Crimes Against Children Task Force, led by the San Jose Police Department (SJPD) Internet Crimes Against Children (ICAC) team. In this capacity, I investigate violations of federal law involving child sexual exploitation, child sexual abuse material (CSAM), online enticement and exploitation of minors, and other cyber-enabled offenses against children.

4. During my service as an FBI Special Agent, I have conducted, coordinated, and participated in numerous investigations involving the production, distribution, receipt, possession, and transportation of child sexual abuse material. I have participated in the execution of federal, state, and local search warrants involving digital evidence and have conducted investigations in coordination with local, state, and federal law enforcement agencies. I have received specialized training regarding child exploitation investigations, digital evidence, online communications, and child sexual abuse material, as that term is defined in 18 U.S.C. § 2256. Through my training, experience, and consultation with other law enforcement officers and forensic examiners, I have become familiar with the methods used by individuals who possess, collect, receive, distribute, and produce child sexual abuse material using computers, mobile devices, cloud storage services, internet-based communication platforms, and other electronic media. I have personally reviewed numerous images and videos depicting child sexual abuse material during the course of my official duties.

5. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses of federal law, including 18 U.S.C. § 2252A(a)(5)(B).

## STATEMENT OF PROBABLE CAUSE

6. On or about October 29, 2025, the National Center for Missing and Exploited Children (NCMEC) forwarded CyberTipline Report Number 222638525 to the Silicon Valley Internet Crimes Against Children Task Force, after MediaLab.AI. Inc. (formerly Kik Interactive, Inc.) reported apparent child sexual abuse material associated with a Kik Messenger ("Kik") account. Kik is a free instant messaging application. The reported account used the username

"lilcheerhottie12," the associated user identifier "lilcheerhottie12_zs6," a Google-based email address beginning with "patmolter" followed by a series of numbers, and an Internet Protocol (IP) address. The CyberTipline report documented three uploaded files, two of which NCMEC categorized as apparent child pornography, and the report indicated that the reporting service provider (Kik) had viewed the entire contents of the uploaded files.

7. Investigators served legal process upon Verizon for subscriber information associated with the IP address identified in the CyberTipline report. Verizon identified the account as mobile telephone number that was serviced through TracFone. Investigators subsequently served legal process upon TracFone, which identified the subscriber as MOLTER, associated with another Google-based email address beginning with "patmolter" followed by a series of numbers (different than the numbers above) and a residence located in San Jose, California.

8. Criminal history records show that MOLTER was convicted of possessing obscene matter depicting a minor engaging in sexual activity with a prior conviction in violation of California Penal Code 311.11(b) and sentenced to two years in prison on or about December 15, 2023. As a result of his conviction, MOLTER was required to register as a sex offender. MOLTER is currently on parole. As a special condition of his parole, MOLTER was required to submit to a search of his electronic devices at any time by any parole agent or law enforcement officer, with or without a warrant, probable cause, or reasonable suspicion.

9. California Department of Corrections and Rehabilitation Parole Officer (PO) Andres Lopez determined that MOLTER was in violation of MOLTER's parole requirement of updating MOLTER's residential address. On August 11, 2026, PO Lopez then arrested

MOLTER in San Jose, California, and seized MOLTER's cellular telephone, a Samsung smartphone, that he had on his person at the time of arrest.

10. Chief Magistrate Judge Nathanael M. Cousins authorized a search warrant to search the Samsung smartphone on October 28, 2026, in case number 5:26-mj-71409 NC. Pursuant to that warrant, I reviewed the media on the Samsung smartphone and identified more than one hundred images in its contents that appeared to be CSAM, three examples of which are listed below:

a. I reviewed File Name 303.jpg, which depicted a close-range image of a prepubescent female sitting in what appears to be a bathroom, with the prepubescent female sitting naked with her legs spread in front of the camera and her vaginal area appearing to be the focal point of the image. The prepubescent female's hand is near her vaginal area, and she appears to be inserting her fingers into her vagina. The prepubescent female's face is fully exposed in the media.

b. I reviewed File Name 317.jpg, which depicted a close-range photograph of the side of what appears to be a toddler's face with their mouth stretched open and what appears to be and an erect penis in their mouth.

c. I reviewed a photographic image, MD5 Hash: def482b1ec517339b0c02e0c1894f082, which depicted a close-range image of a female toddler in a pink tube-top shirt and nude from the waist down. The toddler is in a sitting position, on the lap of what appears to be an adult male with his genital area exposed. The toddler's legs are spread open over what appears to be the adult male's legs, and the toddler's exposed vaginal area in contact with the male genitalia. What appears to be the

adult male's hands are around the toddler's midsection holding the toddler in place. The toddler's face is fully exposed in the photograph.

11. I reviewed extraction data that showed many of the CSAM images on MOLTER's smartphone were copied or produced to his smartphone via the Opera Browser. For example, the source of the image listed in subparagraph 10(c) is "EXTRACTION_FFS.zip\Dump\data\data\com.opera.browser\cache\cache\Cache_Data\a8df78bade3cb44b_0," which identifies the recovered image as originating from the application data directory associated with the Opera Browser on the Android device. The directory name "com.opera.browser" is the unique Android application package identifier for Opera Browser. The subsequent directories, "cache\cache\Cache_Data," identify the application's browser cache, which temporarily stores data retrieved or processed during browsing activity, including images and other website content. This also shows that the image was copied or produced onto Molter's smartphone from the Opera Browser.

12. Opera Browser is an internet browsing application developed by Opera Software that enables users to access websites and retrieve digital content, including images and videos, through the Internet. When a user downloads an image through Opera Browser, the application facilitates the transmission of digital data from a remote internet-connected server to the user's device, where the data may be saved as a digital file. Opera Browser also offers a built-in virtual private network (VPN) feature that, when enabled, routes browser traffic through intermediary servers. According to Opera Software, its VPN infrastructure includes servers located in the United States, Europe, and Asia.

13. Based on my training and experience, I know that the copying of digital images through an internet browser involves the use of internet communications infrastructure capable of facilitating interstate and foreign commerce.

14. Based on open-source information, the model of Samsung smartphone seized from MOLTER on August 11, 2026, is manufactured outside the state of California. Therefore, there is probable cause to believe that the Samsung smartphone seized from MOLTER had previously traveled in interstate and/or foreign commerce when it was found in MOLTER's possession.

## CONCLUSION

15. Based on the aforementioned facts and circumstances, there is probable cause to believe that on or about August 11, 2026, MOLTER possessed child pornography involving visual depictions of prepubescent minors, in violation of 18 U.S.C. § 2252A(a)(5)(B). Therefore, I request that the court issue a criminal complaint and arrest warrant for MOLTER.

16. I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

/s/ Emma Thurmond w/permission by VKD
EMMA THURMOND
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 6 day of November 2026.

Virginia K. DeMarchi
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge