JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant MOLTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PATRICK EDWARD MOLTER,<br>Defendant. | **Case No.:** 26-mj-71453 MAG (VKD)<br>**STIPULATION TO CONTINUE DETENTION HEARING; [PROPOSED] ORDER** |

## STIPULATION

Defendant Patrick Molter, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Sarah Griswold, respectfully request that the detention hearing currently scheduled for November 24, 2026 at 1:00 p.m. be continued on the magistrate duty calendar until December 1, 2026 at 1:00 p.m.

On November 18, the defense requested, and the Court ordered, that Mr. Molter be assessed in custody for placement at New Bridge. Pretrial Services informed the parties today that Mr. Molter has been assessed for placement at New Bridge, however, his case is currently under consideration. As such, the parties request the detention hearing be continued until December 1, 2026.

The parties further stipulate and agree that the time from November 24, 2026 through December 1, 2026 be excluded to allow for effective preparation of counsel, taking into account the exercise of due diligence, and that the ends of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. The parties further stipulate and agree that, given the need to investigate matters which may bear on the disposition in the case, good cause exists to exclude the time from November 24, 2026 through December 1, 2026 from the time within which to hold a preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), and defense counsel accordingly consents on behalf of the defendant to extending the time limit for the preliminary hearing. The parties further stipulate and agree to excluding the time from November 24, 2026 through December 1, 2026 from the time within which to file an indictment or information under 18 U.S.C. § 3161(b) of the Speedy Trial Act.

The parties further stipulate and agree that the ends of justice served by excluding the time from November 24, 2026, through December 1, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

Dated: November 24, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S/
_______________________________
DEJAN M. GANTAR
Assistant Federal Public Defender

Dated: November 24, 2026

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S/
_______________________________
SARAH E. GRISWOLD
Assistant United States Attorney

**~~[PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the detention hearing currently scheduled for November 24, 2026 be continued until December 1, 2026. For good cause shown, the Court further finds that failing to exclude the time from November 24, 2026 through December 1, 2026 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding that time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time from November 24, 2026 through December 1, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The Court further finds good cause exists to exclude the time from November 24, 2026 through December 1, 2026 from the time within which to hold a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and from the time within which to file an indictment or information under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

Dated: November 24, 2026

Virginia K. DeMarchi

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge